# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143646

REBECCA WILLIAMS JACKSON,
            Plaintiff-Appellant,

v

MECOSTA COUNTY MEDICAL CENTER,
OBSTETRICS AND GYNECOLOGY OF BIG
RAPIDS, P.C., MHS SURGICAL SPECIALISTS,
CENTRAL MICHIGAN EMERGENCY
PHYSICIANS, MECOSTA COUNTY
RADIOLOGY, L.L.C., KATHRYN MEKARU,
M.D., ALAN GRILLO, M.D., JERRY
PEARSON, M.D., KRIS KENT, R.N., and
CHRISTOPHER KUSHNER, D.O.,
            Defendants-Appellees.
_____/

SC: 143646
COA: 295219
Mecosta CC: 09-019251-NH

On order of the Court, the application for leave to appeal the July 19, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

_____
Clerk

d1114